UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

R.J. OSTERHOUDT,

                                       Plaintiff,

-against-

THE CITY OF NEW YORK; New York City Police
Department Officer ("P.O.") HENRY YANEZ (Shield No.
17147); P.O. Former SERGEANT ("SGT.") STEVEN
MARINO (Shield No. 1897); P.O. MICHAEL BLACK (Shield
No. 9664); P.O. LUIS JAIME (Shield No. 16888); P.O.
RALPH GONZALES (Shield No. 9024); in their individual
and official capacities,

                                       Defendants.
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

10-CV-3173 (RJD) (RML)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Rankin & Taylor PLLC<br>*Attorneys for Plaintiff*<br>11 Park Place, Suite 914<br>New York, NY 10007<br>212-226-4507 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City, Jaime,*<br>*Marino, Black, Gonzalez and Yanez*<br>100 Church Street, Rm. 3-175<br>New York, New York 10007 |
| By: _____<br>David Rankin<br>*Attorney for Plaintiff* | By: _____<br>Max McCann<br>*Assistant Corporation Counsel*<br><br>SO ORDERED:<br><br>/s/ Judge Raymond J. Dearie<br><br>HON. RAYMOND J. DEARIE<br>UNITED STATES DISTRICT JUDGE |
| Dated: New York, New York<br>3/24, 2013 | |

2